IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| ANTHONY DOMINGOS, | ) | CIVIL NO 08-00213 JMS-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**FINDINGS AND RECOMMENDATION THAT
CASE BE DISMISSED WITHOUT PREJUDICE**

Plaintiff Anthony Domingos ("Plaintiff") filed the instant 42 U.S.C. § 1983 action on May 9, 2008.  On June 2, 2008, this Court granted Plaintiff leave to conduct limited discovery before the service of the complaint to allow him to determine the identity of the Doe Defendants.  On August 5, 2008, Plaintiff's counsel withdrew and Plaintiff elected to proceed pro se.  At a September 2, 2008 status conference, this Court instructed Plaintiff to file an amended complaint within sixty days.  The Court cautioned Plaintiff that his failure to do so would likely result in a recommendation that the case be dismissed without prejudice.  Plaintiff neither filed his amended complaint nor requested an extension of time to file his amended complaint. Insofar as Plaintiff has not identified a defendant and has not effected service, this Court RECOMMENDS that the district judge dismiss the case without prejudice.  See Fed. R. Civ. P. 4(m)

("If a defendant is not served within 120 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time.").

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, November 13, 2008.



_/S/ Leslie E. Kobayashi_____
Leslie E. Kobayashi
United States Magistrate Judge

**ANTHONY DOMINGOS V. DOES 1-10**; CV 08-00213 JMS-LEK; FINDINGS AND RECOMMENDATION THAT CASE BE DISMISSED WITHOUT PREJUDICE

2